IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00797-BNB

RONALD HUTCHINSON,

Applicant,

v.

KEVIN MILYARD (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO'S OFFICE [sic],

Respondents.

---

ORDER TO FILE SECOND AMENDED APPLICATION

---

Applicant, Ronald Hutchinson, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Hutchinson has filed *pro se* an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee.

The Court must construe the amended habeas corpus application liberally because Mr. Hutchinson is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Hutchinson will be ordered to file a second amended application.

Mr. Hutchinson alleges that he was convicted in the Denver District Court on drug charges, and that he was sentenced to twenty years of incarceration. He asserts that the judgment of conviction was entered on December 11, 2003. Mr. Hutchinson

fails, however, to assert in the amended application any claims for relief. He has left blank pages five and six, under the section of the application form where he is required to describe his claims.

The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); ***Browder v. Director, Dep't of Corrections***, 434 U.S. 257, 269 (1978); ***Ewing v. Rodgers***, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought." Fed. R. Civ. P. 8(d)(1) provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Rule 4 of the Rules Governing Section 2254 Cases also requires Mr. Hutchinson to go beyond notice pleading. *See **Blackledge v. Allison***, 431 U.S. 63, 75 n.7 (1977). He must clearly allege his claims, and he must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See **Ruark v. Gunter***, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Mr. Hutchinson has failed to meet the requirements of both Fed. R. Civ. P. 8 and Rule 4 of the Section 2254 Rules. The amended application fails to provide a short and plain statement of his claims showing that he is entitled to relief. Mr. Hutchinson,

however, will be directed to file a second amended application that complies with Fed. R. Civ. P. 8 and Rule 4 of the Section 2254 Rules. In the second amended application, Mr. Hutchinson is directed to state, clearly and concisely, each claim he intends to assert in this action. Mr. Hutchinson also is instructed to assert specifically in the amended application how his federal rights were violated in his state criminal case. Accordingly, it is

ORDERED that Mr. Hutchinson file **within thirty days from the date of this order** a second amended application that complies with this order. It is

FURTHER ORDERED that Mr. Hutchinson's second amended application shall be titled, "Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Hutchinson, together with a copy of this order, two copies of the following form for use in filing the second amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is FURTHER ORDERED that if Mr. Hutchinson fails within the time allowed to file a second amended application as directed, the amended application will be denied and the action will be dismissed without further notice.

DATED May 7, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00797-BNB

Ronald Hutchinson
Reg. No. 75480
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 5/7/08

                              GREGORY C. LANGHAM, CLERK

                        By: _Angie_
                                Deputy Clerk