IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00797-CMA-BNB

RONALD HUTCHINSON,

Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

_____

## ORDER
_____

This matter arises on the applicant's **Motion to the Court Requesting an Order to Issue for More Access to Law Library** [Doc. #35, filed 06/19/2009] (the "Motion"). The Motion is DENIED.

The applicant requests that the court issue an order directing the Williams Street Center Community Corrections Facility to allow him to access the Denver Public Library "for the purpose of preparing and drafting petitioner litigation for petitioner's Writ of Habeas Corpus" and to also allow him access to the Colorado Supreme Court Law Library "for the purpose of legal researching of cited authorities and conclusions of the laws pertaining to and in preparation for petitioner's Writ of Habeas Corpus." The applicant states that he has been informed by his Case Manager that he has been "going to the Denver Public Library and Supreme Court Law Library to [sic] much and would now only be allowed to go three days a week." He asserts that he has "deadline dates to meet the court's requirements and needs this time to adequately prepare his argument for the court." He is requesting "more time to research, study and prepare his argument for petitioner's Writ of Habeas Corpus."

The applicant does not describe the "deadline dates"; the "requirements" he must meet; or the matters he must "research, study and prepare." The record shows that the applicant filed his Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on May 30, 2008 [Doc. #6], and the respondents filed their answer on June 22, 2009 [Doc. #36]. Thus, there do not appear to be any filing deadlines pending. In addition, to the extent the petitioner claims that he needs access to the public library to draft motions on the computer, he may submit handwritten motions to the court.

IT IS ORDERED that the Motion is DENIED.

Dated July 7, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge